IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS M. ALLISON | : | MDL 875 |
| | : | |
| v. | : | |
| | : | EDPA CIVIL NO. |
| GOODYEAR TIRE & RUBBER CO. | : | 07-69104 |

## **O R D E R**

AND NOW, this 19th day of August, 2010, upon consideration of the letter briefs provided by Plaintiff and Defendant, Goodyear, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Request for disclosure of allegations of asbestos exposure contained in Plaintiff's settlement releases is DENIED.

BY THE COURT:

/s/ Elizabeth T. Hey
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE